# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA GARCIA, et al., | Case No.: 1:18-cv-0369 - DAD- JLT |
| Plaintiffs, | ORDER DIRECTING VICTORIA GARCIA TO FILE A MOTION TO PROCEED AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF N.R. |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

On March 16, 2018, Plaintiffs initiated this action by filing a complaint. (Doc. 2) Victoria Garcia indicated that she is the mother of minor Plaintiff N.R., and will be proceeding as her guardian in this action. (*See* Doc. 2 at 1-2) Pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)). Here, though the complaint indicates a guardian is necessary for N.R., no motion for appointment of a guardian ad litem was filed by Ms. Garcia. Because the claims of N.R. may only be brought "by a next friend or a guardian ad litem," a guardian must be appointed to protect her interests. *See* Fed. R. Civ. P. 17(c)(2).

///

1

Accordingly, the Court **ORDERS**: Plaintiffs **SHALL** file a motion for Ms. Garcia to be appointed as guardian ad litem for minor plaintiff N.R. no later than **June 25, 2018**.

IT IS SO ORDERED.

Dated: __**June 11, 2018**__   __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE