# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA GARCIA, an individual; and N.R., a minor, by and through her Guardian,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN; et al.;<br>  Defendants. | **Case No.: 1:18-cv-00369 DAD-JLT**<br><br>**ORDER REQUIRING FURTHER JOINT REPORT RE: STIPULATED DISMISSAL** |

The parties have stipulated to dismiss this action. (Doc. 33) They request that the action be dismissed <u>with</u> prejudice and do not explain why they believe no Court approval of the minor's compromise is required. L.R. 202(b). Thus, no later than January 15, 2019, counsel SHALL file a report explaining why they believe no order approving the minor's compromise is required.

IT IS SO ORDERED.

   Dated: __**January 9, 2019**__            __**/s/ Jennifer L. Thurston**__
                                                          UNITED STATES MAGISTRATE JUDGE