# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA GARCIA, an individual; and N.R., a minor, by and through her Guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, et al.;<br><br>Defendants. | Case No.: 1:18-CV-00369-DAD-JLT<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT WITNESS DISCOVERY DEADLINES AND DISCOVERY MOTION DEADLINES (Doc. 45)** |

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS**:

1. The parties SHALL disclose experts no later than 4/30/19;

2. The parties SHALL disclose any rebuttal experts no later than 5/21/19;

3. All expert discovery SHALL be completed no later than 6/11/19;

4. Any non-dispositive motions, including discovery motions, SHALL be filed no later than 6/25/19.

IT IS SO ORDERED.

Dated: __**March 22, 2019**__          _____**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**