# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA GARCIA, an individual, and N.R., a minor, by and through her guardian ad litem,<br><br>              Plaintiffs,<br><br>   v.<br><br>COUNTY OF KERN, et al.,<br><br>              Defendants. | No. 1:18-cv-00369-DAD-JLT<br><br>ORDER GRANTING PARTIES' STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 50) |

On April 8, 2019, the parties filed a stipulation to dismiss this action without prejudice to its refiling. (Doc. No. 50.) Attached thereto is a declaration from plaintiffs' counsel averring that David Brooks, the guardian *ad litem* for the minor in this action, N.R., agrees on behalf of the minor that the facts and circumstances of this action justifies the dismissal of the action without prejudice. (Doc. No. 50-2 at 2.) Good cause appearing, and pursuant to the parties' stipulation, it is hereby ordered that this action is dismissed without prejudice and all pending deadlines and hearing dates in this action are vacated.

IT IS SO ORDERED.

Dated: **April 8, 2019**

                                                      UNITED STATES DISTRICT JUDGE